[This opinion has been published in *Ohio Official Reports* at 90 Ohio St.3d 1232.]

MKPARU, APPELLEE, *v*. OHIO HEART CARE, INC. ET AL., APPELLANTS.

[Cite as *Mkparu v. Ohio Heart Care, Inc.*, 2000-Ohio-89.]

*Appeal dismissed as improvidently allowed.*

(No. 99-2276—Submitted October 18, 2000 at the Fairfield County Session—
Decided December 13, 2000.)

APPEAL from the Court of Appeals for Stark County, No. 1998CA00283.

————————————

*Black, McCuskey, Souers & Arbaugh* and *Thomas W. Connors*, for appellee.

*Allen Schulman & Associates Co., L.P.A., Allen Schulman, Jr.,* and *Christopher J. Van Blargan; Craig T. Conley*, for appellants.

————————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

————————————

**ALICE ROBIE RESNICK, J., dissenting.**

{¶ 2} I would not dismiss this case as improvidently allowed, since this case involves substantial legal issues, which should be addressed. I would reverse the judgment of the court of appeals and reinstate the judgment of the trial court.

DOUGLAS and F.E. SWEENEY, JJ., concur in the foregoing dissenting opinion.

————————————